E-filing

ORIGINAL FILED
MAY - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiffs U-Haul Co. of California
and Amerco Real Estate Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO.: C08-02313<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
|---|---|

ADR WDB

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following
2  listed persons, associations of persons, firms, partnerships, corporations
3  (including parent corporations) or other entities (i) have a financial interest in the
4  subject matter in controversy or in a party to the proceeding, or (ii) have a non-
5  financial interest in that subject matter or in a party that could be substantially
6  affected by the outcome of this proceeding:

7  Amerco is the parent company of plaintiffs U-Haul Co. of California and
8  Amerco Real Estate Company.

10  DATED: May 2, 2008          LAPIDUS & LAPIDUS
11                              A PROFESSIONAL LAW CORPORATION

14                              _____
                                DANIEL C. LAPIDUS
15                              Attorneys for Plaintiff U-Haul Co. of California
                                and Amerco Real Estate Company

---

**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

- 2 -