RYAN D. LAPIDUS (Bar No. 196838)
Email: ryan@lapiduslaw.com
DANIEL C. LAPIDUS (Bar No. 227170)
Email: dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
Email: jim@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Plaintiffs U-Haul Co. of California
and Amerco Real Estate Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO.: C08-02313<br><br>PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (LOCAL RULE 3-13) |

PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR
PROCEEDING (LOCAL RULE 3-13)
- 1

1 |     Pursuant to Local Rule 3-13, Plaintiffs U-Haul Co. of California ("U-
2 | Haul") and Amerco Real Estate Company ("Amerco") hereby inform the Court
3 | that there is an action pending in the Superior Court for the County of Alameda,
4 | Case No. RG07352204 (the "State Court Action") between Plaintiff U-Haul Co.
5 | of California ("U-Haul") and Defendant City of Berkeley.
6 |     The State Court Action was initiated by U-Haul's petition for writ of
7 | mandate challenging certain actions of the City of Berkeley. Judgment was
8 | entered on February 7, 2008.
9 |     Plaintiffs do not believe that any coordination of proceedings is necessary
10 | between this action and the State Court Action.

DATED: May 2, 2008

LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION

_____
DANIEL C. LAPIDUS
Attorneys for Plaintiff U-Haul Co. of California
and Amerco Real Estate Company

---

**PLAINTIFFS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING (LOCAL RULE 3-13)**
- 2 -