1
2
3
4
5
6                             UNITED STATES DISTRICT COURT
7                            NORTHERN DISTRICT OF CALIFORNIA
8
9                                                        No. C
10              Plaintiff(s),                            **CONSENT TO PROCEED BEFORE A**
                                                         **UNITED STATES MAGISTRATE JUDGE**
11        v.
12
13              Defendant(s).
                _____/
14
15          CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the
19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21  Dated: _____            Lynne Bourgault   /s/
                                              _____
                                              Signature
22
                                              Counsel for _____
23                                            (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28