ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA  94704
lbourgault@ci.berkeley.ca.us
Phone:  510.981.6950
Fax:      510.981.6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>                Plaintiffs,<br><br>        v.<br><br>CITY OF BERKELEY, a municipality;<br><br>                Defendant. | **CASE NO. C08-02313 WDB**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(6)**<br><br>Date:   August 20, 2008<br>Time:  1:30 p.m.<br>Dept.:   400S |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

        **NOTICE IS HEREBY GIVEN** that on August 20, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1301 Clay Street, Suite 400S, Oakland, California, defendant City of Berkeley will and hereby does move the Court to dismiss Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) based on the doctrine of res judicata, the Younger abstention doctrine, and with respect to the fourth and sixth causes of action, for failure to state a claim.

        This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and all pleadings and

1

1    papers on file in this action, and upon such other matters as may be presented to the Court at the

2    time of the hearing.

3

4    Dated:  May 27, 2008                              ZACH COWAN, Acting City Attorney

5

6                                     By:    _____/s/_____

7                                            Lynne Bourgault, Deputy City Attorney
                                             Attorneys for Defendant City of Berkeley

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Motion and Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6)
Case No. CO8-02313 WDB