1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF BERKELEY, a municipality;<br><br>　　　　　Defendant. | **CASE NO. C08-02313 WDB**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. RULE CIV. PROC. 12(b)(6)**<br><br>Date:　August 20, 2008<br>Time:　1:30 p.m.<br>Dept.:　400S |

　　　The motion of Defendant City of Berkeley to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) came on regularly for hearing on August 20, 2008, at 1:30 p.m. Defendant City of Berkeley was represented by its counsel, Zach Cowan, Acting City Attorney. Plaintiffs U-Haul Co. of California and Amerco Real Estate Company were represented by their counsel, Ryan D. Lapidus, Lapidus & Lapidus.

　　　Having considered the briefs of the parties filed in support of and in opposition to the motion, and having granted the City's request for judicial notice, and having heard the argument of counsel,

1   IT IS HEREBY ORDERED that the Defendant City of Berkeley's motion to dismiss is
2   hereby granted based on the doctrine of *res judicata*, or in the alternative, based on the *Younger*
3   abstention doctrine.  The Court also finds that Plaintiffs fourth and sixth causes of action fail to state
4   a claim upon which relief may be granted.  This action is hereby dismissed with prejudice.

5   Dated:
6
7
8                                       By: _____
                                            Judge/Magistrate Judge for the United States
9                                           District Court, Northern District of California