UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U-HAUL CO. OF CALIFORNIA, et al..

    Plaintiffs,

  v.

CITY OF BERKELEY,

    Defendant.
_____/

No.  C 08-2313 WDB

**CLERK'S NOTICE**

    To accommodate a conflict on the Court's docket, you are hereby notified that Defendant's Motion to Dismiss set for Wednesday, August 20, 2008, at 1:30 p.m. is <u>continued</u> to **Wednesday, August 27, 2008, at 1:30 p.m.**, in Courtroom 4, Third Floor, United States Courthouse, 1301 Clay Street, Oakland, CA 94612.  The Initial Case Management Conference set for August 12, 2008, also is hereby continued to **Wednesday, August 27, 2008, at 1:30 p.m.**  The parties must file a Joint Case Management Statement by no later than August 20, 2008. <u>Lead</u> trial counsel must be present for the Case Management Conference.

Dated: May 30, 2008

                                Richard W. Wieking, Clerk
                                United States District Court

                                *Sarah Weinstein*

                                By:  Sarah Weinstein
                                    Law Clerk/Deputy Clerk