ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA  94704
lbourgault@ci.berkeley.ca.us
Phone: 510.981.6950
Fax:    510.981.6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO. C08-02313 WDB<br><br>PROOF OF SERVICE [RE MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11]<br><br>Date: August 27, 2008<br>Time: 1:30 p.m.<br>Ctrm: 400S |

I, the undersigned, certify that I am employed in the City of Berkeley, County of Alameda, California; that I am over the age of eighteen years and not a party to the within action; that my business address is 2180 Milvia Street, 4th Floor, Berkeley, California 94704.  On this date, I served the following document(s):

1) DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11;
2) MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11;
3) DECLARATION OF ZACH COWAN IN SUPPORT OF MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11, AND
4) [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11

on the parties stated below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

Ryan D. Lapidus, Esq.
Daniel C. Lapidus, Esq.
Jim D. Bauch, Esq.
LAPIDUS & LAPIDUS
177 South Beverly Drive
Beverly Hills, CA  90212


__X__   **By First Class Mail** - I am readily familiar with the firms' practice for collection and processing of correspondence for mailing.  Under that practice, the correspondence is deposited with the U.S. Postal Service on the same day as collected, with first-class postage thereon fully prepaid, in Berkeley, California, for mailing to the office of the addressee following ordinary business practices.

_____   By Personal Service - I caused each such envelope to be given to a courier messenger to personally deliver to the office of the addressee

_____   By Courier - I caused each such envelope to be given to an overnight mail service (insert name of service) at Berkeley, California, to be hand delivered to the office of the addressee on the next business day.

_____   By Facsimile - I caused each such document to be transmitted to the office of the addressee following ordinary business practices in compliance with applicable rules of civil procedure and rules of court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on May 27, 2008 at Berkeley, California.


                                    /s/
                        JOANNA K. RUDY

Proof of Service [Re Motion for Sanctions Pursuant to F.R.C.P. 11]
Case No. CO8-02313