1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO. C08-02313 WDB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11<br><br>Date:  August 27, 2008<br>Time:  1:30 p.m.<br>Dept.:   400S |
|---|---|

The motion of Defendant City of Berkeley for sanctions pursuant to Federal Rule of Civil Procedure 11 came on regularly for hearing on August 27, 2008, at 1:30 p.m.  Defendant City of Berkeley was represented by its counsel, Zach Cowan, Acting City Attorney.  Plaintiffs U-Haul Co. of California and Amerco Real Estate Company were represented by their counsel, Ryan D. Lapidus, Lapidus & Lapidus.

Having considered the briefs and other papers of the parties filed in support of and in opposition to the motion, and having heard the argument of counsel,

IT IS HEREBY ORDERED that the Defendant City of Berkeley's motion for sanctions is hereby granted.  Plaintiffs U-Haul Company of California and Amerco Real Estate Company are

1  hereby ordered to pay to the Court as sanctions $_____ and to Defendant City of Berkeley

2  as sanctions in the amount of $_____ to reimburse the City of Berkeley for its attorney's

3  fees and costs incurred as a result of having to respond to Plaintiffs' Complaint in this action.

4

5  Dated:

6

7                                    By: _____
                                          Judge/Magistrate Judge for the United States
8                                         District Court, Northern District of California