ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA  94704
lbourgault@ci.berkeley.ca.us
Phone: 510.981.6950
Fax:    510.981.6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>            Plaintiffs,<br><br>       v.<br><br>CITY OF BERKELEY, a municipality;<br><br>            Defendant. | CASE NO. C08-02313 WDB<br><br>DEFENDANT'S **AMENDED** NOTICE OF MOTION AND MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11<br><br>Date:  August 27, 2008<br>Time:  1:30 p.m.<br>Ctrm:  400S |

TO PLAINTIFFS' COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on August 27, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 1301 Clay Street, Suite 400S, Oakland, California, defendant City of Berkeley will and hereby does move the Court for sanctions pursuant to Federal Rule of Civil Procedure 11 on the grounds set forth in the notice and memorandum of points and authorities.

This motion is based upon this **Amended** Notice, the complete files and records of this action, the Memorandum of Points and Authorities, the Declaration filed in support of this motion, and on such evidence and argument as may be presented at the hearing.

Dated: June 12, 2008                    ZACH COWAN, Acting City Attorney


                                        By:      /s/
                                            Zach Cowan, Acting City Attorney
                                            Attorneys for Defendant City of Berkeley