1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                   NORTHERN DISTRICT OF CALIFORNIA
7
8  U-HAUL CO. OF CALIFORNIA, et al..
9         Plaintiffs,                    No. C 08-2313 WDB
10        v.                             **CLERK'S NOTICE**
   CITY OF BERKELEY,
11
          Defendant.
12 _____/
13
       To accommodate a Court scheduling matter, you are hereby notified that Defendant's
14
   Motion to Dismiss set for Wednesday, August 27, 2008, at 1:30 p.m. is <u>continued</u> to
15
   **Wednesday, September 3, 2008, at 1:30 p.m.**, in Courtroom 4, Third Floor, United States
16
   Courthouse, 1301 Clay Street, Oakland, CA 94612. The Initial Case Management Conference
17
   set for August 27, 2008, also is hereby continued to **Wednesday, September 3, 2008, at 1:30**
18
   **p.m.** The parties still must file a Joint Case Management Statement by no later than <u>August 20,</u>
19
   <u>2008</u>. <u>Lead</u> trial counsel must be present for the Case Management Conference.
20
21
   Dated: July 29, 2008
22
                                             Richard W. Wieking, Clerk
23                                           United States District Court
24
                                             *Sarah Weinstein*
25
                                             By: Sarah Weinstein
26                                               Law Clerk/Deputy Clerk
27
28