ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA 94704
lbourgault@ci.berkeley.ca.us
Phone: 510.981.6950
Fax:    510.981.6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO. C08-02313 WDB<br><br>**DEFENDANT'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS (FEDERAL RULE OF EVIDENCE 201)**<br><br>Date: September 3, 2008<br>Time: 1:30 p.m.<br>Courtroom 4<br>The Honorable Wayne D. Brazil |

Defendant City of Berkeley requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the documents listed below, which consist of pleadings and judicial orders on file in the state court proceedings related to this case pending in Alameda Superior Court. All of these documents are judicially noticeable as they are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned. Fed. Rule Evidence 201. Additionally, records related to legal proceedings are subject to judicial notice pursuant to Federal Rule of Evidence 201. *Miles v. State of California*, 320 F.3d 986, 987 (9th Cir. 2003). The City requests that the Court take judicial notice of the following documents:

1. Notice of Appeal, Alameda County Superior Court Case No. RG07-352204, filed on June 6, 2008.

2. Request for Dismissal, Alameda County Superior Court Case No. RG07-3252204, entered into court on May 21, 2008.

3. Order Granting U-Haul Company of California's Ex Parte Application for Temporary Stay of Execution of Order and/or Judgment Denying Petition for Writ of Mandamus [C.C.P. §918 (a)], Alameda County Superior Case No. RG07-352204, entered into court on February 7, 2008.

4. Order which denied Defendant's August 13, 2008 application for temporary stay of enforcement of order granting plaintiff's motion for preliminary injunction; Alameda County Superior Court Case No. RG08-388586, entered into court on August 14, 2008; and the Preliminary Injunction Order, Alameda County Superior Court Case No. RG08-388586, entered into court on August 14, 2008.

Dated: August 20, 2008                    ZACH COWAN, Acting City Attorney


By:           /s/
     Zach Cowan, Acting City Attorney
     Attorneys for Defendant City of Berkeley



**SUPERIOR COURT**
**STATE OF CALIFORNIA**
**COUNTY OF ALAMEDA**

ROOM G4
APPEALS SECTION

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

NOTICE TO ATTORNEY re NOTICE OF APPEAL

Action No. RG7352204

U-HAUL CO. OF CA VS. CITY OF BERKELEY
PLAINTIFF(S)/DEFENDANT(S)

To: LAPIDUS, RYAN DAVID
LAPIDUS & LAPIDUS, PLC
177 SO. BEVERLY DRIVE
BEVERLY HILLS, CA 90212

In compliance with RULES ON APPEAL adopted by the Judicial Council, this is to inform you that notice of appeal in the above matter was filed on 06-06-08.

CLERK OF THE SUPERIOR COURT
of the State of California
in and for the County of Alameda,

By: *Shirley Smith*
Deputy

CERTIFICATE OF MAILING

I do hereby certify that, on 06-09-08, I mailed copies of the above notice, as indicated above, by depositing them enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Post Office at Oakland, California or through the Alameda County Messenger Service.

CLERK OF THE SUPERIOR COURT

By: *Shirley Smith*
Deputy

EXHIBIT __1__

202-357

05/21/2008  14:34    510841____  RW        JON YORK

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Margaret J. Allen [Bar #114613]<br>York & Brock<br>918 Parker Street<br>Ste. A-21<br>Berkeley CA  94710 | (510) 841-1171 | **FILED**<br>ALAMEDA COUNTY<br>2008 MAY 21  PM 3: 55<br>CLERK OF THE SUPERIOR COURT<br>BY _Dorothy L. Lee_ DEPUTY |

CIV-110

ATTORNEY FOR (Name): Plaintiff U-Haul Company of America

Insert name of court and name of judicial district and branch court, if any:
Superior Court Unlimited Jurisdiction
Rene C. Davidson

PLAINTIFF/PETITIONER: U-Haul Company of America

DEFENDANT/RESPONDENT: City of Berkeley

**REQUEST FOR DISMISSAL**
- [ ] Personal Injury, Property Damage, or Wrongful Death
  - [ ] Motor Vehicle   [ ] Other
- [ ] Family Law
- [ ] Eminent Domain
- [X] Other (specify): Injunction; Dec. Relief; Inv. Cond.

CASE NUMBER: RG07352204

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [ ] With prejudice      (2) [X] Without prejudice
   b. (1) [ ] Complaint           (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name):
      (4) [ ] Cross-complaint filed by (name):
      (5) [X] Entire action of all parties and all causes of action         on (date):
      (6) [ ] Other (specify):*                                              on (date):

**BY FAX**

Date: May 21, 2008

Margaret J. Allen [Bar #114613]
(TYPE OR PRINT NAME OF [ ] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)
▶ _/s/ Margaret J. Allen_
(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

* If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)
▶
(SIGNATURE)
Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581(i) or (j).

(To be completed by clerk)
3. [X] Dismissal entered as requested on (date): MAY 21 2008
4. [ ] Dismissal entered on (date):
5. [ ] Dismissal not entered as requested for the following reasons (specify):    as to only (name):

6. [ ] a. Attorney or party without attorney notified on (date):
    b. Attorney or party without attorney not notified. Filing party failed to provide
       [ ] a copy to conform   [ ] means to return conformed copy

Date:                                                       Clerk, by _Dorothy L. Lee_, Deputy

**EXHIBIT 2**

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390

10577124.tif - 5/21/2008 2:26:51 PM

MARGARET J. ALLEN [Bar #114613]
YORK & BROCK
A Law Corporation
918 Parker Street, 2nd Floor
Berkeley, California 94710
Telephone: (510) 841-1171
Facsimile: (510) 841-1666

Attorneys for Plaintiff and Petitioner
U-Haul Company of California

ENDORSED
FILED
ALAMEDA COUNTY

FEB 0 7 2008

CLERK OF THE SUPERIOR COURT
BY _____
                         DEPUTY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

| | |
|---|---|
| U-HAUL COMPANY OF CALIFORNIA,<br>    Plaintiff and Petitioner,<br><br>v.<br><br>CITY OF BERKELEY, a California Municipal Corporation; CITY COUNCIL OF THE CITY OF BERKELEY, the governing body of the CITY OF BERKELEY; LINDA MAIO, in her official capacity; DARRYL MOORE, in his official capacity; MAXWELL ANDERSON, in his official capacity; DONA SPRING, in her official capacity; LAURIE CAPITELLI, in his official capacity; BETTY OLDS, in her official capacity; KRISS WORTHINGTON, in his official capacity; GORDON WOZNIAK, in his official capacity; and DOES 1-10, inclusive,<br><br>    Defendants and Respondents. | Case No. RG07-352204<br><br>ORDER GRANTING U-HAUL COMPANY OF CALIFORNIA'S EX PARTE APPLICATION FOR TEMPORARY STAY OF EXECUTION OF ORDER AND/OR JUDGMENT DENYING PETITION FOR WRIT OF MANDAMUS [C.C.P. §918 (a)]<br><br>DATE: February 7, 2008<br>TIME: 1:30 p.m.<br>DEPT.: 31 |

The Court, having considered the ex parte application of Plaintiff and Petitioner U-Haul Company of California ("U-Haul") requesting a stay of the Court's January 31, 2008 Order – Petition for Writ of Mandamus Denied, and any Judgment entered pursuant

EXHIBIT 3

thereto; Margaret J. Allen of York & Brock having appeared on behalf of U-Haul; Zach Cowan, Acting City Attorney, having appeared on behalf of the City of Berkeley; and good cause appearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Enforcement of the Court's order denying U-Haul's petition for writ of mandate is STAYED for 60 days;

2. As conditions for the Court's granting the stay, U-Haul is ordered to do the following:

(a) ~~post a bond in the amount of $_____, for the benefit of the City of Berkeley, said bond to be posted on or before_____;~~

(b) during the pendency of the stay, limit the number of U-Haul vehicles on its lot at all times to no more than _____;

(c) during the pendency of the stay, ensure that U-Haul vehicles do not park on streets within a one-block radius of the U-Haul facility for more than the amount of time reasonably necessary to load/unload the vehicles.

Dated:

_____
Frank Roesch
Judge, Alameda County Sup. Ct.

YORK & BROCK
A Law Corporation
918 Parker Street
2nd Floor
Berkeley, CA 94710
Tel: (510) 841-1171
Fax: (510) 841-1666

2

ORDER GRANTING U-HAUL'S EX PARTE APPLICATION FOR TEMPORARY STAY

FILED
ALAMEDA COUNTY
AUG 1 4 2008
CLERK OF THE SUPERIOR COURT
By_____ A. Tumonong

RECEIVED
AUG 19 2008
CITY ATTORNEY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF ALAMEDA

|  |  |
|---|---|
| City of Berkeley,<br><br>plaintiff,<br><br>vs.<br><br>U-Haul Co. of California,<br><br>et al.,<br><br>Defendants. | Case No. RG08388586<br><br>**ORDER** |

On May 21, 2008, plaintiff filed a complaint for injunction/abatement of public nuisance. On the same date, plaintiff filed an *ex parte* application for temporary restraining order and order to show cause. On May 30, 2008, the court denied plaintiff's application and scheduled a hearing on a motion for preliminary injunction.

On June 4, 2008, plaintiff filed an amended verified complaint for injunction/abatement of public nuisance. That same day, plaintiff filed a motion requesting issuance of a preliminary injunction. The motion was made on the "grounds that the uses to be enjoined constitute public nuisances because they are not permitted by the City's Zoning Ordinance, and defendants do not have the

EXHIBIT 4

required permits to conduct such uses, and unless all of the equipment used for the illegal uses is removed, it will be virtually impossible for the City to ensure that defendants are not continuing to operate a public nuisance."

On June 17, 2008, defendants filed a motion to stay or dismiss on grounds of a pending appeal, forum *non conveniens* and/or judicial comity.

On August 11, 2008, the court denied defendants' motion to stay or dismiss. On the same date, the court exercised its discretion and made an order granting a preliminary injunction instructing that defendants: (1) Immediately cease all truck and/or trailer rental activity at 2100 San Pablo Avenue in Berkeley; (2) Immediately remove all trucks and trailers from 2100 San Pablo Avenue in Berkeley; and (3) Refrain from bringing any trucks or trailers to, or accepting them at, 2100 San Pablo Avenue in Berkeley. See: C.C.P. sections 525, 526 & 527(a).

On August 13, 2008, defendants' filed a "notice of appeal from order granting motion for preliminary injunction". That same day, defendants filed an *ex parte application* for temporary stay of enforcement of this court's order granting preliminary injunction pending appeal. The application was opposed by plaintiffs. The parties appeared on August 14, 2008, the court heard the argument of counsel and the matter was submitted.

Based on the papers presently before the court, the court is convinced the instruction contained in the court's preliminary injunction requiring that defendants immediately remove all trucks and trailers from 2100 San Pablo Avenue in Berkeley was improvidently issued. Accordingly, such instruction is hereby deleted from the preliminary injunction filed on August 14, 2008. Further, the court strikes the words in the preliminary injunction stating "Immediately cease" and in their place inserts the words "Refrain from".

1  Defendants' August 13, 2008 application for temporary stay of enforcement
2  of order granting plaintiff's motion for preliminary injunction is denied.
3
4  **IT IS SO ORDERED.**
5
6  Dated: August 14, 2008
7
8                                                    _____
                                                      Lawrence John Appel
9                                                    Superior Court Judge
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ALAMEDA

Case Number : RG08388586
Case name: CITY OF BERKELEY   VS   U-HAUL CO. OF CALIFORNIA

**ORDER FILED ON AUGUST 14, 2008**

DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document, **ORDER FILED ON AUGUST 14, 2008** was mailed first class, postage prepaid, in a sealed envelope, addressed as shown at the bottom of this document, and that the mailing of the foregoing and execution of this certificate occurred at 1221 Oak Street, Oakland, California.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 15, 2008.

Executive Officer/Clerk of the Superior Court
By Ana Liza Tumonong, Deputy Clerk

City of Berkeley -City Attorney's Office
Attn.: Zach Cowan
2180 Milvia St., 4th Floor
Berkeley, Ca 94704

Lapidus & Lapidus
Attn.: Ryan D. Lapidus
177 South Beverly Drive
Beverly Hills, Ca 90212

```
 1  ZACH COWAN, Acting City Attorney          SBN 96372
    LYNNE BOURGAULT, Deputy City Attorney     SBN 180416
 2  City of Berkeley
    2180 Milvia Street, Fourth Floor
 3  Berkeley, CA 94704
    LBourgault@ci.berkeley.ca.us
 4  Tel. 510.981.6950
    Fax. 510.981.6960
 5
    Attorneys for Plaintiff
 6  CITY OF BERKELEY
 7
```

FILED
ALAMEDA COUNTY
AUG 1 4 2008
CLERK OF THE SUPERIOR COURT
By_____ Deputy

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| CITY OF BERKELEY,<br><br>    Plaintiff,<br><br>vs.<br><br>U-HAUL CO. OF CALIFORNIA, a California corporation; AMERCO REAL ESTATE COMPANY, a Nevada corporation, and DOES 1-100,<br><br>    Defendants. | No. RG 08388586<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE Lawrence John Appel<br>DEPARTMENT 16<br><br>[PROPOSED] *COA*<br>PRELIMINARY INJUNCTION<br><br>Date: August 11, 2008<br>Time: 1:30 p.m.<br>Department 16 |

On reading the First Amended Complaint in the above-entitled action, the Notice of Motion for Preliminary Injunction filed on June 4, 2008, and the superceding papers filed on July 15 and August 1, 2008, and good cause appearing,

**IT IS HEREBY ORDERED** that pending trial and judgment in this matter, Defendants, their agents, employees, representatives, and all persons acting in concert or participating with them, are ordered to: *REFRAIN FROM COA — 8/14/2008*

- ~~immediately cease~~ all truck and/or trailer rental activity at 2100 San Pablo Avenue in Berkeley; *COA 8/14/2008*
- ~~Immediately remove all trucks and trailers from 2100 San Pablo Avenue in Berkeley~~ *AND COA 8/14/2008* *COA*

EXHIBIT ___A___

1

1  • Refrain from bringing any trucks or trailers to, or accepting them at, 2100 San Pablo
2    Avenue in Berkeley.
3  IT IS SO ORDERED.

5  Dated: August 14, 2008

7  LAWRENCE JOHN APPEL
   JUDGE OF THE SUPERIOR COURT

10  Approved as to form only:            Dated: 8-12-08

11                                       LAPIDUS & LAPIDUS, P.L.C.

13                                       By: RYAN LAPIDUS
14                                       Attorneys for Defendants

16  Approved as to form:                 Dated: 8-12-08

17                                       ZACH COWAN

19                                       Acting City Attorney
20                                       Attorneys for ~~Defendants~~  Plaintiff

2

[Proposed] Preliminary Injunction
Case No. RG08388586