ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA 94704
lbourgault@ci.berkeley.ca.us
Phone: 510.981.6950
Fax:    510.981.6960

Attorneys for Defendant CITY OF BERKELEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA ~ OAKLAND DIVISION**

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>             Plaintiffs,<br><br>    v.<br><br>CITY OF BERKELEY, a municipality;<br><br>             Defendant. | CASE NO. C08-02313 WDB<br><br>**DECLARATION OF JOANNA K. RUDY IN SUPPORT OF REPLY TO OPPOSITION TO MOTION TO DISMISS**<br><br>Date:  September 3, 2008<br>Time:  1:30 p.m.<br>Ctrm:  400S |

I, Joanna K. Rudy, declare:

  1. I am a Senior Legal Secretary for the City of Berkeley's City Attorney's Office. I have assisted the attorneys representing the City in this matter and am familiar with the documents in the record of these proceedings.

  2. On May 27, 2008, Mr. Zach Cowan, Acting City Attorney, requested that I serve the Plaintiffs with copies of the City's motion and memoranda of points and authorities in support of: 1) the Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6); and 2) the Motion for Sanctions pursuant to Federal Rule of Civil Procedure 11.

  3. I complied with this request and prepared a proof of service for the Motion for Sanctions and supporting documents.

  I declare under penalty of perjury under of the laws of the State of California and the United States of America that the foregoing is true and correct.   Executed in Berkeley, California, on August 20, 2008.

                                                  /s/
                                            Joanna K. Rudy