ZACH COWAN, Acting City Attorney (SBN 96372)
LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2180 Milvia Street, 4th Floor
Berkeley, CA  94704
lbourgault@ci.berkeley.ca.us
Phone: 510.981.6950
Fax:    510.981.6960

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, a California corporation; and AMERCO REAL ESTATE COMPANY, a Nevada corporation;<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY, a municipality;<br><br>Defendant. | CASE NO. C08-02313 WDB<br><br>**DECLARATION OF L. SYBIL PARKS-BROWN IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR SANCTIONS PURSUANT TO FED. RULE CIV. PROC. 11**<br><br>Date:  September 3, 2008<br>Time:  1:30 p.m.<br>Ctrm:  400S |

I, L. Sybil Parks-Brown, declare:

1.     I am a Senior Legal Secretary for the City of Berkeley's City Attorney's Office.  I have primary responsibility for assisting the attorneys representing the City in this matter and am familiar with the documents in the record of these proceedings.

2.     On May 27, 2008, Mr. Cowan informed me that the City's Motion for Sanctions and supporting documents were served on the plaintiffs.  He requested that I cause the City's Motion for Sanctions and supporting documents to be filed with the Court 21 days later to ensure compliance with the Federal Rules of Civil Procedure.  He asked that I calendar this deadline using the Office's calendaring system.

3.     Unfortunately, I was very busy with other matters and forgot to calendar the filing of the Motion for Sanctions 21 days from service of the papers on May 27, 2008.

1

4.     On June 12, 2008, Mr. Cowan inquired whether the filing and service of the Motion for Sanctions was on track.  I responded that they were.

5.     After his inquiry, I located the Motion for Sanctions and supporting papers and noticed they had not been filed with the Court.  I had forgotten that the Rules required a 21-day period before the Motion could be filed after service on the plaintiffs and, since Mr. Cowan had inquired about it that day, I assumed he desired the Motion to be filed that day.

6.     Consequently, I caused the Motion for Sanctions to be filed with the District Court on June 12, 2008.

I declare under penalty of perjury under of the laws of the State of California and the United States of America that the foregoing is true and correct.   Executed in Berkeley, California, on August 20, 2008.

_____/s/_____
L. Sybil Parks-Brown