UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: September 3, 2008              Start Time: 1:30 p.m.   End Time:  2:06  p.m.

<u>DOCKET NO.</u>          C 08-2313 WDB
<u>TITLE OF CASE</u>       *U-Haul, et al.  v. the City of Berkeley,*

<u>ATTORNEY(S)</u>        For Plaintiff:    Ryan Lapidus, Esq.

                   For Defendant:  Lynne Bourgault, Esq.;  Zach Cowan, Esq.


<u>COURT REPORTER</u>:    Raynee Mercado

<u>TAPE NO.</u>:  FTR 9/3/08, 1:30 p.m.   (X) In Person  ( ) Telephonic

PROCEEDINGS

[] INITIAL STATUS CONFERENCE            [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE          [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)           [] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE            [] DISCOVERY HEARING (FORMAL)
[x] MOTION HEARING (ORDER ONLY)         [] EXAM. OF JUDGMENT DEBTOR
[]   MOTION (OPINION)                   [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff   () Defendant   (x) Court


**NOTES**

   Court conducted a hearing on Defendant's Motion to Dismiss and Motion for Sanctions.  See later-filed separate order.

1