UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

U-HAUL, et al.,

          Plaintiffs,

  v.

CITY OF BERKELEY, a municipality,

          Defendant.

_____/

No. C 08-2313 WDB

ORDER STAYING CASE PENDING RESOLUTION OF CALIFORNIA STATE COURT PROCEEDINGS

On September 3, 2008, the Court heard oral argument in connection with Defendant's Motion to Dismiss and Motion for Sanctions. Having considered the briefs and arguments of the parties, the Court ruled from the bench and Ordered as follows:

Informed by *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir. 2004) (en banc), and *M&A Gabaee v. Community Redevelopment Agency of the City of Los Angeles*, 419 F.3d 1036 (2005), the Court concluded that the circumstances require application of the *Younger v. Harris* abstention doctrine. In applying the doctrine, the Court found that Plaintiffs had not met their burden to prove either that the ongoing California state proceedings failed to provide an adequate opportunity to litigate federal claims, or that the City's actions that Plaintiffs challenge here were animated by bad faith. Accordingly, the Court now STAYS this action under *Younger* pending resolution of the state court proceedings.

Immediately after receiving notice that there has been a judgment or other significant ruling in U-Haul's appeal of the denial of its Petition for Writ of Mandamus or in the City's nuisance action pending in Alameda Superior Court, counsel for U-Haul must electronically file a letter with the Court explaining the current status of both state court proceedings. After

1

1  receiving the letter from U-Haul's counsel, the undersigned will contact counsel for both
2  parties to schedule a telephone conference to discuss how best to proceed.
3        Defendant's Motion for Sanctions is DENIED.  Defendants concede that they failed
4  to follow the safe harbor notice provision of Federal Rule of Civil Procedure 11.

6        IT IS SO ORDERED.
7  Dated:   September 3, 2008

_____
WAYNE D. BRAZIL
United States Magistrate Judge

2