1  ZACH COWAN, Acting City Attorney (SBN 96372)
   LYNNE BOURGAULT, Deputy City Attorney (SBN 180416)
2  2180 Milvia Street, 4th Floor
   Berkeley, CA  94704
3  lbourgault@ci.berkeley.ca.us
   Phone:  510.981.6950
4  Fax:     510.981.6960

5  Attorneys for Defendant
   CITY OF BERKELEY
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**
                              **OAKLAND DIVISION**
10

11 | U-HAUL CO. OF CALIFORNIA, a California | **CASE NO. C08-02313 WDB** |
   | corporation; and AMERCO REAL ESTATE |
12 | COMPANY, a Nevada corporation; |
13 |
   |                  Plaintiffs, | **NOTICE OF ENTRY OF ORDER** |
14 |
   |          v. |
15 |
   | CITY OF BERKELEY, a municipality; |
16 |
17 |                  Defendant. |

18

19         TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

20         PLEASE TAKE NOTICE THAT on September 3, 2008 the above-entitled Court entered the

21  Order, attached hereto as Exhibit A.

22
    Dated:  September 4, 2008               ZACH COWAN, Acting City Attorney
23

24
                                            /s/
25                              By:         _____
                                            Lynne Bourgault, Deputy City Attorney
26                                          Attorneys for Defendant City of Berkeley

27

28

                                          1
                              NOTICE OF ENTRY OF ORDER
                                 Case No. CO8-02313 WDB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-HAUL, et al., | No. C 08-2313 WDB |
| Plaintiffs, | |
| v. | ORDER STAYING CASE PENDING RESOLUTION OF CALIFORNIA STATE COURT PROCEEDINGS |
| CITY OF BERKELEY, a municipality, | |
| Defendant. | |

On September 3, 2008, the Court heard oral argument in connection with Defendant's Motion to Dismiss and Motion for Sanctions. Having considered the briefs and arguments of the parties, the Court ruled from the bench and Ordered as follows:

Informed by *Gilbertson v. Albright*, 381 F.3d 965 (9th Cir. 2004) (en banc), and *M&A Gabaee v. Community Redevelopment Agency of the City of Los Angeles*, 419 F.3d 1036 (2005), the Court concluded that the circumstances require application of the *Younger v. Harris* abstention doctrine. In applying the doctrine, the Court found that Plaintiffs had not met their burden to prove either that the ongoing California state proceedings failed to provide an adequate opportunity to litigate federal claims, or that the City's actions that Plaintiffs challenge here were animated by bad faith. Accordingly, the Court now STAYS this action under *Younger* pending resolution of the state court proceedings.

Immediately after receiving notice that there has been a judgment or other significant ruling in U-Haul's appeal of the denial of its Petition for Writ of Mandamus or in the City's nuisance action pending in Alameda Superior Court, counsel for U-Haul must electronically file a letter with the Court explaining the current status of <u>both</u> state court proceedings. After

1



EXHIBIT A

1  receiving the letter from U-Haul's counsel, the undersigned will contact counsel for both
2  parties to schedule a telephone conference to discuss how best to proceed.
3      Defendant's Motion for Sanctions is DENIED. Defendants concede that they failed
4  to follow the safe harbor notice provision of Federal Rule of Civil Procedure 11.

6      IT IS SO ORDERED.

7  Dated:  September 3, 2008



WAYNE D. BRAZIL
United States Magistrate Judge