# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

U-HAUL CO. OF CALIFORNIA,

        Plaintiff(s),

v.

CITY OF BERKELEY,

        Defendant(s).

No. C 08-02313 LB

**ORDER VACATING STATUS CONFERENCE; SETTING DATE FOR STATUS REPORT**

On January 21, 2010, the parties filed a Joint Status Conference Statement regarding the status of the state court proceedings which may affect Plaintiff's claims in this matter. (Dkt. #47) According to the parties, Defendant's Demurrer is scheduled to be heard in California Superior Court on January 27, 2010. To allow the parties sufficient time to brief the Court regarding the outcome of the January 27 proceeding, the Court hereby **VACATES** the Status Conference set for January 28, 2010 and **ORDERS** the parties to file a Joint Status Report by February 11, 2010.

**IT IS SO ORDERED.**

Dated: January 26, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER VACATING STATUS CONFERENCE; SETTING DATE FOR STATUS REPORT
C 08-02313