# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, | |
| Plaintiff(s), | No. C 08-02313 LB |
| v. | **ORDER SETTING DATE FOR JOINT STATUS REPORT** |
| CITY OF BERKELEY, | |
| Defendant(s). | |

On February 11, 2010, the parties filed a Joint Status Report in this matter. According to the parties, the January 27, 2010 hearing in Alameda Superior Court regarding Defendant's Demurrer was continued and will now be heard on March 10, 2010. As a result, the Court hereby **ORDERS** the parties to file a Joint Status Report by March 24, 2010.

**IT IS SO ORDERED.**

Dated: February 11, 2010

_____
LAUREL BEELER
United States Magistrate Judge

ORDER SETTING DATE FOR JOINT STATUS REPORT
C 08-02313