# UNITED STATES DISTRICT COURT
## Northern District of California
### Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA,<br><br>        Plaintiff(s),<br>  v.<br>CITY OF BERKELEY,<br><br>        Defendant(s).<br>_____/ | No. C 08-02313 LB<br><br>**ORDER SETTING DATE FOR JOINT STATUS REPORT** |

On March 24, 2010, the parties filed a Joint Status Report in this matter. According to the parties, Judge Whitely of the Alameda County Superior Court sustained Defendant's demurrer on March 12, 2010. Plaintiff filed a Motion for Reconsideration and the matter is set for hearing in Alameda County Superior Court on June 2, 2010. As a result, the Court hereby **ORDERS** the parties to file a Joint Status Report by June 16, 2010.

**IT IS SO ORDERED.**

Dated: March 25, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02313
ORDER SETTING DATE FOR JOINT STATUS REPORT