UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

U-HAUL CO. OF CALIFORNIA,

        Plaintiff(s),

   v.

CITY OF BERKELEY,

        Defendant.

No. C 08-02313 LB

**ORDER SETTING DATE FOR JOINT STATUS REPORT**

On June 15, 2010, the parties filed a Joint Status Report in this matter. (Dkt. #53.) According to the parties, Judge Whitely of the Alameda County Superior Court sustained Defendant's demurrer on March 12, 2010. (Dkt. #51 at 2.) Plaintiff filed a Motion for Reconsideration and the matter was set for hearing in Alameda County Superior Court on June 2, 2010. (*Id.*) Judge Whitely continued the hearing to July 14, 2010. (Dkt. #53 at 2.) As a result, the Court hereby **ORDERS** the parties to file a Joint Status Report by July 30, 2010.

**IT IS SO ORDERED.**

Dated: June 15, 2010

_____
LAUREL BEELER
United States Magistrate Judge