UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, *et al.*, | No. C 08-02313 LB |
| Plaintiffs, | **ORDER SETTING DATE FOR JOINT STATUS REPORT** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |
| _____/ | |

On July 28, 2010, the parties filed a Joint Status Report. Joint Status Report, ECF No. 55. According to the parties, Judge Whitley of the Alameda County Superior Court denied Plaintiff's Motion for Reconsideration of her order granting Defendant's demurrer to Plaintiff's Cross-Complaint on July 16, 2010. *Id.* at 2. Accordingly, the parties are hereby **ORDERED** to file a Joint Status Report by December 1, 2010.

**IT IS SO ORDERED.**

Dated: August 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02313