**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, *et al.*, | No. C 08-02313 LB |
| Plaintiffs, | **ORDER SETTING DATE FOR JOINT STATUS REPORT** |
| v. | |
| CITY OF BERKELEY, | |
| Defendant. | |

On December 1, 2010, the parties submitted a Joint Status Report. Joint Status Report, ECF No. 57. According to the parties, Judge Whitley of the Alameda County Superior Court continued the October 4, 2010 Case Management Conference to March 3, 2011. *Id.* at 2. Accordingly, the parties are **HEREBY ORDERED** to file a Joint Status Report by April 1, 2011.

**IT IS SO ORDERED.**

Dated: December 2, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02313