UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA, *et al.*,<br><br>    Plaintiffs,<br>v.<br>CITY OF BERKELEY,<br><br>    Defendant.<br>_____/ | No. C 08-02313 LB<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT BY DECEMBER 1, 2011** |

On April 1, 2011, the parties submitted a joint status report. Joint Status Report, ECF No. 59. According to the parties, Judge Whitley of the Alameda County Superior Court issued a case management order on March 3, 2011 that scheduled, among other things, (1) mediation to be completed by November 20, 2011, (2) a mandatory settlement conference for January 20, 2012, and (3) a trial for March 12, 2012. *Id.* at 2. Accordingly, the parties are ordered to file a joint status report by December 1, 2011.

**IT IS SO ORDERED.**

Dated: April 1, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02313 LB
ORDER RE FILING OF JOINT STATUS REPORT BY 12/1/11