UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA *et al.*, | No. C 08-02313 LB |
| Plaintiffs, | **ORDER REGARDING JUNE 5, 2012 STATUS REPORT** |
| v. | |
| CITY OF BERKELEY, | [Re: ECF No. 67] |
| Defendant. | |

On March 2, 2012, the court ordered the parties to file a joint status report no later than June 1, 2011, updating the court on the status of a parallel state court proceeding involving the same parties. Order, ECF No. 65. The parties filed a joint status report on June 5, 2012. Status Report, ECF No. 67.

The report states that the City's motion for summary judgement in the state court proceeding was granted on January 4, 2012. *Id.* Plaintiffs filed a motion to reconsider that summary judgment ruling, and that motion was set for hearing on May 11, 2012. *Id.* The City also filed a motion for fees and costs to be heard on the same day as the motion for reconsideration. *Id.* The hearing on the motion for reconsideration, as well as the City's motion for fees and costs, was continued to June 1, 2012 and then continued again to August 31, 2012. *Id.*

In light of these developments in the ongoing state court proceeding, the parties are ordered to file another joint status report no later than October 1, 2012.

**IT IS SO ORDERED.**

C 08-02313 LB

UNITED STATES DISTRICT COURT
For the Northern District of California

1  Dated: June 6, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 08-02313 LB

2