UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| U-HAUL CO. OF CALIFORNIA *et al.*, | No. C 08-02313 LB |
| Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY OF BERKELEY, | [Re: ECF Nos. 74, 75] |
| Defendant. | |

This action has been stayed since September 3, 2008, pending the resolution of a parallel action in California state court. Order Staying Case, ECF No. 33; *see City of Berkeley v. U-Haul Co. of California, et al.*, Alameda County Superior Court Case No. RG08-388586. Prior to the November 8, 2012 case management conference, Defendant's counsel timely submitted a case management statement, but Plaintiff's counsel did not. Plaintiff's counsel did not submit anything until two days before the case management conference.

At the November 8, 2012 case management conference, the court set a further case management conference for January 31, 2013. 11/8/2012 Minute Entry, ECF No. 73. Despite the local rules requiring a joint case management statement, Defendant's counsel had to submit her own statement because Plaintiff's counsel, like before the November 8, 2012 case management conference, failed to respond at all to Defendant's counsel's communications.

Because of the court's unavailability, the court **CONTINUES** the January 31, 2013 case management conference to February 28, 2013 at 10:30 a.m. in Courtroom C, 15th Floor, United

States District Court, 450 Golden Gate Avenue, San Francisco, California. **The parties SHALL file a <u>joint</u> case management statement no later than February 21, 2013.** In light of the prior failures to communicate, Plaintiff's counsel is warned that his failure to respond to Defendant's counsel's communications—and thus to participate in this litigation—may be grounds for being sanctioned.

**IT IS SO ORDERED.**

Dated: January 28, 2013

_____
LAUREL BEELER
United States Magistrate Judge