AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

U-Haul Co. of California, et al.
      Plaintiff (s),
V.
City of Berkeley
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**
ORDER

CASE NUMBER: 3:08-cv-02313-LB

Notice is hereby given that, subject to approval by the court, __U-Haul Co. of California, et al.__ substitutes
(Party (s) Name)

__Carlyle W. Hall III__, State Bar No. __CA 184842__ as counsel of record in
(Name of New Attorney)

place of __Victor Marquez__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: Polsinelli PC
 Address: One E. Washington Street, Ste. 1200, Phoenix, AZ 85004
 Telephone: (602) 650-2000   Facsimile (602) 264-7033
 E-Mail (Optional): CHall@polsinelli.com

I consent to the above substitution.
Date: 5/1/2013
                    *(Signature of Party (s))*

I consent to being substituted.
Date: 5/1/2013
                    *(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 5/1/2013
                      *(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: May 14, 2013
                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]